**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01943-BNB

RODNEY RAY ZIMMERMAN,

    Plaintiff,

v.

JOANN SHOEMAKER,
CATHIE HOLST,
MR. BURGONDO,
DEEANN KAHLER, and
JOSEPH WRIGHT,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On October 12, 2011, Plaintiff filed a document titled "Request for Inclusion in Legal Access Program" (Doc. No. 13).  The request is DENIED.

    However, Plaintiff will be allowed **twenty (20) days from the date of this minute order** in which to file an amended complaint that complies with the August 24, 2011, order.  Failure to do so within the time allowed will result in the dismissal of the instant action.  No further extensions will be granted.

Dated:  October 21, 2011