**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01943-BNB

RODNEY RAY ZIMMERMAN,

    Plaintiff,

v.

JOANN SHOEMAKER,
CATHIE HOLST,
MR. BURGONDO,
DEEANN KAHLER, and
JOSEPH WRIGHT,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On October 31, 2011, Plaintiff filed a document titled "Request Judicial Notice of Inability to Exhaust (1915)" (Doc. No. 15). The request is DENIED as premature.

    Plaintiff is reminded that he has **twenty (20) days from the October 21, 2011 minute order** in which to file an amended complaint that complies with the August 24, 2011, order. Failure to do so within the time allowed will result in the dismissal of the instant action.

Dated: November 3, 2011