IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01943-BNB

RODNEY RAY ZIMMERMAN,

    Plaintiff,

v.

JOANN SHOEMAKER,
CATHIE HOLST,
MR. BURGONDO,
DEEANN KAHLER, and
JOSEPH WRIGHT,

    Defendants.

ORDER OF DISMISSAL

    Plaintiff, Rodney Ray Zimmerman, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Colorado State Penitentiary in Cañon City.  Mr. Zimmerman filed *pro se* a prisoner complaint pursuant to 42 U.S.C. § 1983 for money damages and injunctive relief.  He was granted leave to proceed pursuant to 28 U.S.C. § 1915 without payment of an initial partial filing fee.

    On August 24, 2011, Magistrate Judge Craig B. Shaffer ordered Mr. Zimmerman to file an amended complaint that (1) was legible in compliance with Rule 10.1 of the Local Rules of Practice for this Court, (2) complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure, and (3) alleged the personal participation of each named Defendant.  Magistrate Judge Shaffer warned Mr. Zimmerman that, if he failed to file an amended complaint that complied with the directives of the August 24 order within the time allowed, the complaint and the action would be dismissed.  On

September 8 and October 21, 2011, Plaintiff was granted extensions of time in which to file the amended complaint. Mr. Zimmerman has failed, within the time allowed, to file an amended complaint as directed.  Therefore, the complaint and the action will be dismissed.

Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Rodney Ray Zimmerman, within the time allowed, to file an amended complaint as directed in the order of August 24, 2011, and for his failure to prosecute.  It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this  16th   day of      November     , 2011.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court